# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0926

VERSUS

LARRY HAMILTON                                    **SEPTEMBER 26, 2022**

---

In Re:    Larry Hamilton, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          72792.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED.**

                             **WRC**
                             **CHH**

    **Theriot, J.,** would not consider the writ application.

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
    FOR THE COURT